IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CV-955-FL

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, ex rel. SHISHIR MATHUR, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> HARI P. SAINI, M.D.; CAROLINA HEART AND LEG CENTER, P.A., and CAROLINA CAPE FEAR MEDICAL GROUP, P.A., <br><br> Defendants. | **ORDER TO EXCUSE ULTIMATE DECISIONMAKERS FROM BEING PHYCICALLY PRESENT AT COURT-HOSTED SETTLEMENT CONFERENCE UNDER LOCAL RULE 101.2(d)** |

For good cause being shown upon the United States' to modify any attendance requirement to excuse ultimate United States decision-makers from physical attendance at the court-hosted settlement conference scheduled on August 22, 2022, and allow participation through litigation counsel;

IT IS HEREBY ORDERED that the United States' motion is GRANTED. The persons specified in Local Civil Rule 101.2(d), E.D.N.C., shall physically attend the conference, except as provided herein. United States Attorney Michael F. Easley, Jr., Acting Civil Chief Michael Anderson of the United States Attorney's Office, Greg Wellins of the Department of Health and Human Services, Office of Counsel to Inspector General, and Dave Richard, Deputy Secretary, North Carolina Medicaid

Division of Heath Benefits, do not need to be present at the settlement conference on August 22, 2022, but shall be available for approval of any settlement, if necessary.

This the 18 day of July, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge